```
done.  BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD WOODFORK, NAVPREET SINGH, LOVEDEEP SIDHU, NAVJOT SINGH, JASON CAVILEER, and RAMIRO GARCIA,<br><br>    Defendants. | 2:10-cr-00347 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Olaf Hedberg on behalf of Leonard Woodfork, Attorney John Virga on behalf of Navpreet Singh, Christopher Haydn-Myer on behalf of Lovedeep Sidhu, Mark Reichel on behalf of Navjot Singh, Dan Koukol on behalf of Jason Cavileer, and Christopher Cosca on behalf of Ramiro Garcia, that the status conference scheduled for December 7, 2012, be continued to January 31, 2013, at 9:00 a.m.

1  Plea Agreements are pending for several defendants in this
2 matter.  In addition, continuing investigation is occurring
3 because the conspiracy alleged in the case involves voluminous
4 discovery, including telephone calls intercepted during the
5 course of three successive rounds of wiretaps.  Counsel requires
6 additional preparation time.  The parties therefore request to
7 continue the status conference to January 31, 2013.
8  For the above-stated reasons, the parties stipulate that
9 time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code
10 T4 (reasonable time to prepare and continuity of counsel).
11 Defense counsel have authorized Assistant U.S. Attorney Todd D.
12 Leras to sign this stipulation on their behalf.

14 DATED: December 5, 2012        By: /s/ Todd D. Leras
                                     TODD D. LERAS
15                                    Assistant U.S. Attorney

17 DATED: December 5, 2012        By: /s/ Todd D. Leras for
                                     OLAF HEDBERG
18                                    Attorney for Defendant LEONARD
                                     WOODFORK

20 DATED: December 5, 2012        By: /s/ Todd D. Leras for
                                     JOHN VIRGA
21                                    Attorney for Defendant
                                     NAVPREET SINGH

23 DATED: December 5, 2012        By: /s/ Todd D. Leras for
                                     CHRISTOPHER HAYDN-MYER
24                                    Attorney for Defendant
                                     LOVEDEEP SIDHU

26 DATED: December 5, 2012        By: /s/ Todd D. Leras for
                                     MARK REICHEL
27                                    Attorney for Defendant
                                     NAVJOT SINGH

2

```
1  DATED: December 5, 2012        By: /s/ Todd D. Leras for
                                      DAN KOUKOL
2                                     Attorney for Defendant
                                      JASON CAVILEER
3

4  DATED: December 5, 2012        By: /s/ Todd D. Leras for
                                      CHRISTOPHER COSCA
5                                     Attorney for Defendant
                                      RAMIRO GARCIA
```

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for January 31, 2013, at 9:00 a.m.;

2. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including January 31, 2013.

IT IS SO ORDERED

Dated: December 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE