BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAMIRO GARCIA;<br>LOVE SIDHU;<br>NAVJOT SINGH; AND<br>LEONARD WOODFORK,<br><br>        Defendants. | CASE NO. 2:10-CR-00347-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 1, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

1. By previous order, this matter was set for status on March 14, 2014.

2. By this stipulation, defendants now move to continue the status conference until May 1, 2014, and to exclude time between March 14, 2014, and May 1, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case is voluminous based on the fact that this case stems from a criminal wiretap investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time consult with their clients, continue

their review of the evidence and defense investigation, and discuss potential resolution with their clients.

    c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 14, 2014 to May 1, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 11, 2014　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ JUSTIN L. LEE
　　　　　　　　　　　　　　　　　　　　　　　JUSTIN L. LEE
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  March 11, 2014　　　　　　　　　　　　/s/ CHRIS COSCA
　　　　　　　　　　　　　　　　　　　　　　　CHRIS COSCA
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Ramiro Garcia

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

Dated:  March 11, 2014            /s/ CHRIS HAYDN-MYER
                                  CHRIS HAYDN-MYER
                                  Counsel for Defendant
                                  Love Sidhu

Dated:  March 11, 2014            /s/ OLAF HEDBERG
                                  OLAF HEDBERG
                                  Counsel for Defendant
                                  Leonard Woodfork

Dated:  March 11, 2014            /s/ MARK REICHEL
                                  MARK REICHEL
                                  Counsel for Defendant
                                  Navjot Singh

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT