BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00347-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LOVE SIDHU; NAVJOT SINGH; AND LEONARD WOODFORK, | DATE: May 1, 2014 TIME: 9:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on May 1, 2014.

2.      By this stipulation, defendants now move to continue the status conference until June 12, 2014, and to exclude time between May 1, 2014, and June 12, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case is voluminous based on the fact that this case stems from a criminal wiretap investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time consult with their clients, continue their review of the evidence and defense investigation, and discuss potential resolution with their

clients.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 1, 2014 to June 12, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 26, 2014                          BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ JUSTIN L. LEE
                                                JUSTIN L. LEE
                                                Assistant United States Attorney


Dated:  April 26, 2014                          /s/ CHRIS HAYDN-MYER
                                                CHRIS HAYDN-MYER
                                                Counsel for Defendant
                                                Love Sidhu

Dated:  April 26, 2014 /s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
Leonard Woodfork

Dated:  April 26, 2014 /s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Navjot Singh

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  April 29, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT