The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>LEONARD WOODFORK<br><br>          Defendant | Case No. 2:10-CR-00347-MCE<br><br>**STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE** |

    IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Jill Thomas, Attorney Olaf Hedberg on behalf of Leonard Woodfork, that the status conference scheduled for June 20, 2014 be continued to July 31, 2014, at 9:00 a.m.

    The government has provided a written Plea Agreement proposing resolution of this matter. Defendant has responded with a proposed alternative resolution. The parties anticipate continued negotiations regarding the resolution of this case.

|    |                                                                                                      |
|----|------------------------------------------------------------------------------------------------------|
| 1  | This case stems from a wiretap investigation and the                                                 |
| 2  | discovery is voluminous. The parties are reviewing that                                              |
| 3  | discovery in light of the proposed and prospective resolution                                        |
| 4  | proposals. One of the purposes of this review is to determine                                        |
| 5  | whether any disputes as to estimated guideline calculations can                                      |
| 6  | be resolved. This process includes the sharing of some defense                                       |
| 7  | investigation information with the government. Both sides of the                                     |
| 8  | case are also conducting further follow up investigation. This                                       |
| 9  | investigation impacts the potential sentencing guidelines                                            |
| 10 | applicable to Defendant Leonard Woodfork. Lastly, the                                                |
| 11 | interaction of the instant matter with a previous parallel                                           |
| 12 | matter in Placer County has presented some unique issues that                                        |
| 13 | the parties are in the process of resolving.                                                         |

DATED: June 16, 2014                    By: /s/ Jill Thomas
                                            JILL THOMAS
                                            Assistant U.S. Attorney

DATED: June 16, 2014                    By: /s/ Olaf W. Hedberg for
                                            OLAF HEDBERG
                                            Attorney for Defendant
                                            LEONARD WOODFORK

**ORDER**

IT IS HEREBY ORDERED THAT:

1. A status conference in this matter is set for June 20, at 9:00 AM;

2. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including July 31, 2014.

IT IS SO ORDERED.

Dated:  June 19, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT