The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>LEONARD WOODFORK<br><br>    Defendants | Case Number:  10-347-MCE<br><br>**STIPULATION AND**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCE** |

   IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Jill Thomas, Attorney Olaf Hedberg on behalf of Leonard Woodfork, that the status conference scheduled for July 24, 2014 be continued to August 28, 2014, at 9:00 a.m. to exclude time between July 31, 2014, and August 28, 2014, under Local Code T4.

   The government has provided a written Plea Agreement proposing resolution of this matter. Defendant has responded with a proposed alternative resolution. The parties anticipate continued negotiations regarding the resolution of this case.

   This case stems from a wiretap investigation and the discovery is voluminous. The parties are reviewing that discovery in light of the proposed and prospective resolution proposals. One of the purposes of this review is to determine whether any disputes as to estimated guideline calculations can be resolved. This process includes the sharing of some defense investigation information with the government. Both sides

of the case are also conducting further follow up investigation. This investigation impacts the potential sentencing guidelines applicable to Defendant Leonard Woodfork. Lastly, the interaction of the instant matter with a previous parallel matter in Placer County has presented some unique issues that the parties are in the process of resolving. The Government has provided a proposed plea agreement as a result of the negotiations in the matter at bar. Defense counsel needs time to explain this plea agreement to his client.

DATED: July 21, 2014                          By: /s/ Jill Thomas
                                              JILL THOMAS
                                              Assistant U.S. Attorney


DATED: July 21, 2014                          By: /s/ Olaf W. Hedberg for
                                              OLAF HEDBERG
                                              Attorney for Defendant
                                              LEONARD WOODFORK

**ORDER**

      A status conference in this matter is set for July 24, 2014 at 9:00 a.m. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from July 31, 2014 up to and including August 28, 2014.

      IT IS SO ORDERED

Dated:  July 22, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT